order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Mary Murray, Respondent, v. Westchester Hat Manufacturing Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Joseph Nemrow and Others, etc., Respondents, v. Assembly Catering and Supply Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Joseph Outhouse, Respondent, v. David G. Baird, Appellant.— Order affirmed, without costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Catherian M. Prentice, as Administratrix, etc., of Edith Prentice, Deceased, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

The People of the State of New York, Respondent, v. William Ferguson, Appellant.— Judgment of the Court of Special Sessions reversed on argument, upon the statement on behalf of the People that the conviction cannot stand because of a reversal by this court of a case exactly similar. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

The People of the State of New York, Appellant, v. Knickerbocker Trust Company, Respondent. Ernst Thalmann and Others, as Temporary Receivers of the Knickerbocker Trust Company, Respondents. (Appeal No. 2.) — Appeal from the order before its resettlement dismissed. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

The People of the State of New York ex rel. Lavinia Lally and Others, Respondents, v. The New York Central and Hudson River Railroad Company, Appellant. (No. 1.) — Order affirmed on argument, with ten dollars costs and disbursements. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

The People of the State of New York ex rel. Lavinia Lally and Others, Respondents, v. The New York Central and Hudson River Railroad Company, Appellant. (No. 2.) — Order affirmed on argument, with ten dollars costs and disbursements. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Jacob Rosenberg, Appellant, v. Harry Chaimowitz, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Solomon Sachs, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order unanimously affirmed by default, with costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Morris Schechtmaster, an Infant, etc., Respondent, v. Benjamin Frindel, Appellant.— Judgment and order of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Jacob Schneider and Joseph Schneider, Respondents, v. Jerome J. David, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.